UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PETER JASON HELFRICH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE OF NEVADA,<br><br>　　　　Defendant. | Case No.  2:20-cv-01319-APG-EJY<br><br>**ORDER** |

Plaintiff, proceeding *pro se*, filed what appears to be a petition for removal and proposed complaint (the "initiating documents") with the clerk, thereby commencing a civil action in this Court. ECF No. 1-1. Plaintiff also filed an Affidavit (ECF No. 3) in support of his initial documents, as well as a Supplement to his Affidavit. ECF No. 4.

Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $400 filing fee is required to commence a civil action in federal district court. Any person who is unable to prepay the fees in a civil case may apply to the court for *in forma pauperis* status. 28 U.S.C. § 1915(a)(1); LSR 1-1. Here, Plaintiff did not pay the filing fee or submit an application to proceed *in forma pauperis*.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff **shall** either pay the full filing fee of $400 or complete an application to proceed *in forma pauperis* and file it with the Clerk of Court on or before **September 3, 2020**.  Failure to do so may result in a recommendation to dismiss this case.

IT IS FURTHER ORDERED that the Clerk of the Court **shall** hold Plaintiff's initiating documents (ECF No. 1-1), Affidavit (ECF No. 3), and Supplement (ECF No. 4), but not file them at this time.

1   IT IS FURTHER ORDERED that the Clerk of the Court **shall** mail Plaintiff one copy of an
2   application to proceed *in forma pauperis* for non-incarcerated litigants; one copy each of his
3   initiating documents (ECF No. 1-1), Affidavit (ECF No. 3), and Supplement (ECF No. 4); and, one
4   copy of this Order.

Dated this 3rd day of August, 2020.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE